GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUN -8  PM 3: 17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01264 TUC-SHR(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Knowing Access of Child Pornography) |
| David Michael Irwin, | |
| Defendant. | VICTIM CASE |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between September 9, 2020, and continuing through December 28, 2020, in the District of Arizona, DAVID MICHAEL IRWIN did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, DAVID MICHAEL IRWIN did use a Samsung Galaxy, Model A10 cellphone and the internet to view child pornography images, including, but not limited to, the following files:

"172.jpg"

"151.jpg"

"c8450817500279eada6f5f8a4cff7e672edca11c9af9b8549437a1c10df2c1cb"

"original_3dab5f7d-970d-4980-9059-8507290733d9_download (1).jpeg"

"133.jpg"

"bc1f32592f7f185d5fb85aed1d7e09d973f8fffeb39ac4aa1dfac59c5d9245b0" and

"-7807233360330509030.0"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: June 8, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

CARIN C. DURYEE
Assistant U.S. Attorney