## United States District Court
for
District of Arizona

**FILED**

**Oct 21 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U. S. A. vs. David Michael Irwin
Docket No. 4:22CR01264-SHR-JR-1
AUSA: Nathaniel Jacob Walters
Defense Attorney: Matei Tarail

T-SEALED

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MANUEL CALDERON**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>David Michael Irwin</u>, who was released by the Honorable Scott H. Rash sitting in the Court at Tucson, on the 20th day of September, 2022, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)** **The defendant shall participate in the Remote Internet and Computer Monitoring Program as ordered by the Court and follow the rules of the program. Additional conditions of the Remote Internet and Computer Monitoring Program are as follows:**

**The defendant is permitted to use a compatible, monitored computer or compatible, monitored cellular smart phone, as determined by Pretrial Services, to access the internet for legitimate purposes. Any other internet connected devices in the defendant's residence not subject to monitoring shall not be used by the defendant, be password protected, and verified by Pretrial Services for compliance.**

**The defendant shall not possess or use an unmonitored internet capable device such as an iPod, iPad, tablet, gaming systems, computer(s), smartphones(s) or any other device capable of connecting to the internet unless preapproved by Pretrial Services.**

> On October 20, 2022, Pretrial Services was notified by Dismas Charities halfway house staff that the defendant was found in possession of an unauthorized cellphone: TCL flip phone device with internet capabilities, a device not preapproved by Pretrial Services. The defendant admitted to having a second phone not approved by Pretrial Services.

**2)** **The defendant shall reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirements including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed Pretrial Services. The U.S. Marshal Service is authorized, if requested by the program director or an authorized staff member, to remove the defendant from the program for noncompliance at any time including evenings, weekends and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by Pretrial Services.**

CC: USMS, AUSA, PTS

Page 2
RE:  David Michael Irwin
October 20, 2022

On October 20, 2022, Pretrial Services were notified by Dismas Charities halfway house staff that the defendant was found in possession of an unauthorized cellphone: TCL flip phone device with internet capabilities, a device not preapproved by Pretrial Services or Dismas Charities. The defendant admitted to having a second phone not approved by Pretrial Services or Dismas Charities.

On October 20, 2022, Pretrial Services was notified by Dismas Charities halfway house staff that the defendant had sent an unauthorized image (picture of Dismas property) against program rules. The defendant admitted to sending the image to his fiancée.

On October 20, 2022, Pretrial Services was notified by Dismas Charities halfway house staff that the defendant was in possession of an unauthorized item: "vape pen" against program rules. The defendant admitted to possessing an unauthorized item.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

October 20, 2022

Manuel Calderon                                                                                          **Date**
U.S. Pretrial Services Officer
Intensive Supervision Specialist

**Reviewed by**

October 20, 2022

Gabriel P. Gutierrez                                                                                      **Date**
Supervisory U.S. Pretrial Services Officer

Page 3
RE:  David Michael Irwin
October 20, 2022

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 21st day of October, 2022, and ordered filed and made a part of the records in the above case.

*[signature: Jacqueline M. Rateau]*

**The Honorable JACQUELINE M. RATEAU**
**U.S. District Judge**